# United States Bankruptcy Court
### District of Arizona

In re  **Walter C Kabat**  
                                    Debtor(s)

Case No.  
Chapter  **11**

## DECLARATION

I,  **Walter C Kabat**  , do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of  **3**  sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:  **September 23, 2010**

**/s/ Walter C Kabat**  
**Walter C Kabat**  
Signature of Debtor

Date:  **September 23, 2010**

**/s/ Michael G. Tafoya**  
Signature of Attorney  
**Michael G. Tafoya**  
**Law Office of Michael G. Tafoya**  
**PO Box 80495**  
**Phoenix, AZ 85060-0495**  
**602-539-2426   Fax: 866-263-6419**

MML-5

Kabat, Walter -

ADVANCED CARDIAC SPECIALISTS  
PO BOX 63423  
PHOENIX AZ 85082

ALLGATE FINANCIAL LLC  
707 SKOKIE BLVD., STE. 375  
NORTHBROOK IL 60062

AMERICAS SERVICING  
PO BOX 10328  
DES MOINES IA 50306

AURORA LOAN SERVICES  
PO BOX 90091  
WEST CHESTER OH 45701

BAC HOME LOANS SERVICES  
450 AMERICAN ST.  
SIMI VALLEY CA 93065

BANK UNITED  
1441 NORTH 12TH STREET  
PHOENIX AZ 85006

BANK UNITED  
7815 NW 148TH ST.  
HIALEAH FL 33016

BUREAU OF COLLECTION RECOVERY  
7575 CORPORATE WAY  
EDEN PRAIRIE MN 55344

CAVALRY PORTFOLIO SERVICES  
9522 E. 47TH PL  
TULSA OK 74145

CHASE  
PO BOX 52108  
PHOENIX AZ 85072-2108

CHASE  
PO BOX 52126  
PHOENIX AZ 85072-2126

Kabat, Walter -

CHEVY CASE BANK  
PO BOX 17000  
BALTIMORE MD 21297

CITI CARDS  
PO BOX 6000  
THE LAKES NV 89163

COUNTRYWIDE  
PO BOX 10222  
VAN NUYS CA 91401

GMAC  
PO BOX 12699  
GLENDALE AZ 85318

HSBC/BSBUY  
PO BOX 15519  
WILMINGTON DE 19850

KENNETH EISEN & ASS  
77 E. MISSOURI AVE., STE 1  
PHOENIX AZ 85014

MACY'S  
PO BOX 4582  
CAROL STREAM IL 60197

MARSHALL & ISLEY BANK  
770 NORTH WATER STREET  
MILWAUKEE WI 53202

MCYDSNB  
9111 DUKE BLVD  
MASON OH 45040

NATIONSTAR MORTGAGE  
350 HIGHLAND DR.  
LEWISVILLE TX 75067

NATIONWIDE RECOVERY  
3000 KELLWAY DR., # 180  
CARROLLTON TX 75006

Kabat, Walter -


NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 660366
DALLAS TX 75266-0366


STUART ALLAN & ASS
5447 E. 5TH ST., STE 110
TUCSON AZ 85711


WASHINGTON MUTUAL
P.O. BOX 79024
PHOENIX AZ 85062-9024


WELLS FARGO BANK
1266 MARKET STREET
SAN FRANCISCO CA 94102