3 **UNITED STATES BANKRUPTCY COURT**

4 **THE DISTRICT OF ARIZONA**

|   |   |
|---|---|
| In re | In Chapter 11 proceedings |
| 6030 N. CAMELBACK MANOR, LLC, | Case No. 09-bk-09299-CGC |
| Debtor. |   |
| In re | In Chapter 11 proceedings |
| WALTER KABAT | Case No. 10-29632 |
|   | **ORDER STAYING ACTIVITY** |

Walter Kabat, principal for the Debtor 6030 N. Camelback Manor, LLC ("6030"), informs the Court that the Mr. Kabat's and 6030's attorney, Michael Tafoya, has suffered a heart attack. Mr. Tafoya is a sole practitioner; as such, 6030 has been unable to retrieve its files so that it can find another attorney to work on it's case. As a result, Mr. Kabat asks the Court to stay any pending action in 6030. Mr. Kabat does not ask for similar relief in his personal bankruptcy.

Under the circumstances staying activity in both bankruptcies for 28 days is appropriate. Therefore, any:

1) pending matters before the Court will not be ruled upon until after April 1, 2011;[1]
2) deadlines currently in place are tolled for 28 days;
3) deadlines imposed by filings made through April 1, 2011 are tolled for 28 days;
4) hearings scheduled through April 1, 2011 will be continued; and

---

[1] The Court is not aware of any pending matters currently before it in either case.

5) emergency matters that must be considered before April 1, 2011 must state with particularity the nature of the emergency and why the Court must consider it immediately.

Mr. Kabat is directed to find replacement counsel as soon as possible. A status hearing on both cases will be held on April 6, 2011 at 11:00. Accordingly,

**IT IS THEREFORE ORDERED** that any pending matters before the Court will not be ruled upon until after April 1, 2011;

**IT IS FURTHER ORDERED** that any deadlines currently in place are tolled for 28 days;

**IT IS FURTHER ORDERED** that any deadlines imposed by filings made through April 1, 2011 are tolled for 28 days;

**IT IS FURTHER ORDERED** that any hearings scheduled through April 1, 2011 will be continued; and

**IT IS FURTHER ORDERED** that any emergency matters that must be considered before April 1, 2011 must state with particularity the nature of the emergency and why the Court must consider it immediately.

**IT IS FURTHER ORDERED** that a status hearing on both cases will be held April 6, 2011 at 11:00.

**So ordered.**

DATED: March 4, 2011

_____
CHARLES G. CASE II
UNITED STATES BANKRUPTCY JUDGE

1 | **COPY** of the foregoing mailed by the BNC and/or sent by auto-generated mail to:
2 |
3 | 6030 N. CAMELBACK MANOR, LLC
7707 W. DEER VALLEY RD. SUITE 115
PEORIA, AZ 85382,
4 | Debtor

5 | MICHAEL G. TAFOYA
MICHAEL G. TAFOYA, P.C.
6 | PO BOX 80495
PHOENIX, AZ 85060,
7 | Attorneys for Debtor