Walter Kabat
6540 West Tonopah
Glendale, Arizona 85308
Debtor Pro Se/Respondent

FILED
2011 MAR 10 PM 3:54
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceeding |
| Walter Kabat, <br> Aka Walter Christopher Kabat, <br> Aka Waldo Kabat, <br> Aka Waldo C. Kabat <br> Aka Robert Becker, Jr. <br>           Debtor. | Case No: 2:10-bk-29632-GCG <br><br> **DEBTOR'S NOTICE OF INTENT TO LODGE OBJECTION AND MOTION TO SET ASIDE STIPULATED AGREEMENT RE: MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MOVANT** |
| Park Ridge Community Bank, <br>           Movant, <br> v. <br><br> Walter Kabat, Debtor; <br>           Respondent. | (Oral Argument Requested) |

    COMES NOW the Debtor, Walter Kabat, appearing pro se due to his attorney being incapacitated due to a massive heart attack, and hereby PROVIDES NOTICE TO THIS Court that he intends to file a Motion to Set Aside the Stipulated Agreement entered in to between the Movant's attorney and the Debtor/Respondent's attorney concerning the lift stay referenced above, as well as the adversarial proceedings filed in this matter. Debtor is attempting to obtain

these files from his attorney who is incapacitated and unavailable to the Debtor at this time. Debtor did not authorize the attorney to take the action he allegedly stipulated to in this matter and is trying to get his file and hire an attorney so he can file the aforementioned objection and motion. Debtor does not ask the Court or any of the attorneys dealing with this matter to take any action at this time, but simply advises that Debtor has an issue and intends to raise it shortly once counsel has been retained and his file retrieved from his incapacitated attorney.

RESPECTFULLY SUBMITTED this __10th___ day of March, 2011.

_____
Walter Kabat
Debtor Pro Se/Respondent

**Original** of the foregoing delivered
this __10__ day of March, 2011 to:

Clerk of the Bankruptcy Court
230 N. First Ave
Phoenix, Arizona 85003

**Copies** of the foregoing delivered/mailed
this __10__ day of March, 2011 to:

U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, Arizona 85003

Hon. Judge Charles G. Case II
230 N. First Ave, CtRm. 601
Phoenix, Arizona 85003

Margaret Gillespie, Esq.
201 N. Central Avenue, 22nd Floor
Phoenix, Arizona 85004-0608
Email: mgillespie@cmpbglaw.com

Attorney for Movant

Joel A. Stein, Esq.
225 West Washington Street, Ste. 1700
Chicago, Illinois 60606
Email: stein@dlec.com

ALL MEMBERS OF THE MAILING MATRIX WERE SERVED
SEE ATTACHED MAILING MATRIX

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

By: _____
Walter Kabat
Debtor Pro Se/Respondent

```
Label Matrix for local noticing          AZ DEPARTMENT OF REVENUE              Aurora Loan Services, LLC, it assignees and/
0970-2                                   BANKRUPTCY & LITIGATION
Case 2:10-bk-29632-CGC                   1600 W. MONROE, 7TH FL.
District of Arizona                      PHOENIX, AZ 85007-2650
Phoenix
Thu Mar 10 14:18:43 MST 2011

B-Line, LLC                              BAC HOME LOANS SERVICING LP           M&I Marshall & Ilsley Bank, NA
MS 550                                   7105 CORPORATE DRIVE                  c/o Folks & O'Connor
PO Box 91121                             PLANO, TX 75024-4100                  1850 N. Central Ave., #1140
Seattle, WA 98111-9221                                                         Phoenix, AZ 85004-4586

NATIONSTAR MORTGAGE                      Park Ridge Community Bank             RECOVERY MANAGEMENT SYSTEMS CORPORATION
350 HIGHLAND DR                          Collins, May, Potenza, Baran & Gillespie  25 SE 2ND AVE #1120
LEWISVILLE, TX 75067-4177                Margaret A. Gillespie                 MIAMI, FL 33131
                                         201 North Central Avenue, 22nd Floor
                                         Phoenix, AZ 85004-0608

Wachovia Bank, NA                        Washington Mutual Bank                U.S. Bankruptcy Court, Arizona
C/O Pite Duncan, LLP                     c/o Pite Duncan, LLP                  230 North First Avenue, Suite 101
4375 Jutland Drive                       4375 Jutland Drive, Suite 200         Phoenix, AZ 85003-0608
Suite 200                                PO Box 17933
PO Box 17933                             San Diego, CA 92177-7921
San Diego, CA 92177-7921

ABN AMRO MORTGAGE GR.                    AT&T Wireless                         Academy Collection Service, Inc.
PO BOX 9438                              PO Box 78110                          10965 Decatur Rd
Gaithersburg MD 20898-9438               Phoenix AZ 85062-8110                 Philadelphia PA 19154-3210

Advanced Cardiac Specialists             Allgate Financial LLC                 American Infosource Lp As Agent for
PO Box 63423                             707 Skokie Blvd., Ste. 375            T Mobile/T-Mobile USA Inc
Phoenix AZ 85082-3423                    Northbrook IL 60062-2882              PO Box 248848
                                                                               Oklahoma City, OK  73124-8848

Americas Servicing                       Aurora Loan Services                  BAC Home Loan Servicing LP
PO BOX 10328                             PO Box 90091                          Bankruptcy Department
Des Moines IA 50306-0328                 West Chester OH 45701                 400 National Way, Mail Stop CA6-919-01-2
                                                                               Simi Valley, California 93065-6414

BAC Home Loan Servicing, LP              BAC Home Loans Services               BAC Home Loans Servicing LP
Bankruptcy Dept                          450 American St.                      400 National Way
Mail Stop CA6-919-01-23                  Simi Valley CA 93065-6285             Mail Stop CA6-919-01-23
400 National Way                                                               Simi Valley, CA 93065-6414
Simi Valley, CA 93065-6414

BAC Home Loans Servicing LP              Bank United                           Bank United
7105 Corporate Drive                     1441 North 12th Street                7815 NW 148th St.
Plano, Texas 75024-4100                  Phoenix AZ 85006-2837                 Hialeah FL 33016-1554

Bank of America, National Association    Bank of America, National Association Bureau of Collection Recovery
c/o Chase Home Finance, LLC              c/o Pite Duncan, LLP                  7575 Corporate Way
Attn: OH4-7302                           4375 Jutland Drive, Suite 200         Eden Prairie MN 55344-2000
3415 Vision Drive                        P.O. Box 17933
Columbus, OH 43219-6009                  San Diego, CA 92177-7921
```

| | | |
|---|---|---|
| Cavalry Portfolio Services<br>9522 E. 47th Pl<br>Tulsa OK 74145-7211 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595-2321 | Chase<br>PO Box 52108<br>Phoenix AZ 85072-2108 |
| Chase<br>PO Box 52126<br>Phoenix AZ 85072-2126 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chevy Case Bank<br>PO Box 17000<br>Baltimore MD 21297-1000 |
| Citi Cards<br>PO Box 6000<br>The Lakes NV 88901-6000 | Countrywide<br>PO Box 10222<br>Van Nuys CA 91410-0222 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason, OH 45040-8053 |
| GMAC<br>PO Box 12699<br>Glendale AZ 85318 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 | Inro & Associates<br>120 W. Madison<br>Chicago IL 60602-4103 |
| J.P. Morgan Chase Bank, .N.A.<br>c/o Shermeta, Adams & Von Allmen, P.C.<br>P.O. Box 80908<br>Rochester Hills, MI 48308-0908 | Kenneth Eisen & Ass<br>77 E. Missouri Ave., Ste 1<br>Phoenix AZ 85012-1378 | Ludmila Pyter - Kabat<br>6540 W. Tonopah Dr.<br>Glendale AZ 85308-6624 |
| M&I Marshall & Ilsley Bank<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water Street<br>Milwaukee, WI 53202-3509 | MCYDSNB<br>9111 DUKE BLVD<br>Mason OH 45040-8999 | Macy's<br>PO Box 4582<br>Carol Stream IL 60197-4582 |
| Marshall & Isley Bank<br>770 North Water Street<br>Milwaukee WI 53202-3509 | Michael Fraser<br>1337 N. Deaborn # 1F<br>Chicago IL 60610-2019 | Nationstar Mortgage<br>PO Box 829009<br>Dallas, TX 75382-9009 |
| Nationwide Recovery<br>3000 Kellway Dr., # 180<br>Carrollton TX 75006-3305 | Nissan Motor Acceptance Corporation<br>PO Box 660366<br>Dallas TX 75266-0366 | PIF, Inc.<br>PO BOX 43228<br>Phoenix AZ 85080-3228 |
| Park Ridge Community Bank<br>c/o Margaret A. Gillespie<br>Collins, May, Potenza, Baran & Gillespie<br>201 North Central Avenue, 22nd Floor<br>Phoenix, Arizona 85004-0608 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rural Metro<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| Stuart Allan & Ass<br>5447 E. 5th St., Ste 110<br>Tucson AZ 85711-2345 | Subway Corporation<br>3952 North Ashland Ave.<br>Chicago IL 60613-2508 | T-Mobile<br>PO Box 21367<br>Tampa FL 33622-1367 |

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>CHASE HOME FINANCE, LLC<br>OH4-7302<br>3415 VISION DRIVE<br>COLUMBUS, OH 43219-6009 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 | Washington Mutual<br>P.O. Box 79024<br>Phoenix AZ 85062-9024 |
| Washington Mutual Bank<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank<br>1266 Market Street<br>San Francisco CA 94102-4890 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Bank, N.A.<br>Business Direct Division<br>100 W, Washington Street 8th Flr<br>Phoenix, AZ 85003-1803 |
| Williams, Bax & Saltzman, PC<br>20 N. Wacker Dr., Suite 3230<br>Chicago IL 60606-3102 | MICHAEL G. TAFOYA<br>LAW OFFICE OF MICHAEL G. TAFOYA<br>PO BOX 80495<br>PHOENIX, AZ 85060-0495 | Walter Kabat<br>6540 West Tonopah Dr.<br>Glendale, AZ 85308-6624 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

HSBC/BSBUY
PO BOX 15519
Wilmington DE 19850

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bank of America, National Association as s | (du)Bank of America, National Association as | (d)B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| (d)Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville TX 75067-4177 | (d)Nationstar Mortgage<br>350 Highland Dr.<br>Lewisville, TX 75067-4177 | End of Label Matrix<br>Mailable recipients 71<br>Bypassed recipients 5<br>Total 76 |